JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMUEL WONG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> ERIC K. SHINSEKI, <br> Secretary of Veterans Affairs <br> and DOES 1 through 10, inclusive <br><br> Defendants. | NO. CV 11-2070 ABC (OPx) <br><br> [~~PROPOSED~~] **ORDER RE:** <br> **STIPULATION FOR COMPROMISE** <br> **SETTLEMENT AND DISMISSAL** <br><br> Hon. Audrey B. Collins |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction, pending completion of the terms of the Stipulation for Compromise Settlement, solely to enforce those terms.

DATED: 1/17/2012     _____
AUDREY B. COLLINS
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

  */s/ David A. DeJute*
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendant